UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROYSTON DERRICK,<br><br>                Petitioner,<br><br>   v.<br><br>WILLIAM BARR, et al.,[1]<br><br>                Respondents. | CASE NO. C19-117-RSL-BAT<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |

The parties' stipulated motion for extension of time, Dkt. 8, is **GRANTED**. Mr. Derrick shall file his response to the Government's motion to dismiss by **April 1, 2019**. The Clerk shall **RE-NOTE** the Government's motion to dismiss, Dkt. 5, for **April 9, 2019**. The Government shall file any reply by the noting date.

DATED this 26th day of March, 2019.

                                              BRIAN A. TSUCHIDA
                                              Chief United States Magistrate Judge

---

[1] The Clerk is DIRECTED to substitute William Barr, the current Attorney General, for Matthew Whitaker.

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME - 1