UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROYSTON DERRICK,<br><br>                    Petitioner,<br><br>   v.<br><br>WILLIAM BARR, et al.,<br><br>                    Respondents. | CASE NO. C19-117-RSL-BAT<br><br>**ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME** |

The parties' second stipulated motion for extension of time, Dkt. 10, is **GRANTED**. Mr. Derrick shall file his response to the Government's motion to dismiss by **April 15, 2019**. The Clerk shall **RE-NOTE** the Government's motion to dismiss, Dkt. 5, for **April 23, 2019**. The Government shall file any reply by the noting date.

DATED this 2nd day of April, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING SECOND STIPULATED
MOTION FOR EXTENSION OF TIME - 1