UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROYSTON DERRICK, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM BARR, Attorney General; KIRSTJEN M. NIELSEN, Secretary of Homeland Security; BRYAN S. WILCOX, acting Seattle Field Office Director, U.S. Immigration and Customs Enforcement; WARDEN of Immigration Detention Facility; and the U.S. Immigration and Customs Enforcement, <br><br> Respondents. | NO. C19-0117 RSL-BAT <br><br> ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PETITIONER TO FILE OBJECTIONS TO REPORT AND RECOMMENDATIONS |

The Court Grants the Petitioner's unopposed motion for an extension of time to file the objections to the Report and Recommendations. The Petitioner shall file his objections by June 13, 2019. The Clerk shall re-note the matter to June 14, 2019. Any response is due within 14 days after being served with the objections.

DATED this 10th day of June, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE
OBJECTIONS TO REPORT AND
RECOMMENDATION
(*Royston Derrick*; C19-0117 RSL-BAT) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by,

s/ *Corey Endo*
Attorney for Royston Derrick
Office of the Federal Public Defender

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE
OBJECTIONS TO REPORT AND
RECOMMENDATION
(*Royston Derrick*; C19-0117 RSL-BAT) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**