UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROYSTON DERRICK,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM BARR, et al.,<br><br>　　　　　　Respondents. | Case No. 2:19-CV-117-RSL<br><br>ORDER GRANTING<br>RESPONDENTS' MOTION<br>TO DISMISS |

The Court has reviewed respondents' motion to dismiss, Dkt. #5, petitioner's opposition, Dkt. #12, respondents' reply, Dkt. #13, the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record. It is hereby ORDERED that:

1. The Report and Recommendation, Dkt. #15, is ADOPTED;

2. Respondents' motion to dismiss, Dkt. #5, is GRANTED;

3. Petitioner's *habeas* petition is DENIED;

4. This action is DISMISSED with prejudice; and

5. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 23rd day of August, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS- 1